920

January 16, 1975.

M. P. No. 74-327. Dawn Fanning *v.* Joseph Fanning *et ux.* Petition for writ of certiorari denied. Paolino, J. not participating. *Adler, Pollock & Sheehan Incorporated, Peter Lawson Kennedy,* for petitioner. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for respondents.

Ex. No. 147. State *v.* Louis Ambrosino. The pro se motion of defendant to correct the records is denied. The motion for leave to reargue and correct the record is denied. Paolino, J. not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Louis Ambrosino,* pro se, *Judith Hodge Porteus,* Boston, Mass., for defendant.

Appeal No. 73-199. In re Estate of Howard E. Taylor. Matter assigned to the calendar for the first Monday in February, 1975 for oral argument on the show cause order entered November 7, 1974. Paolino, J. not participating. *Moses Kando, James Cardono,* for appellants. *Anthony T. Jackvony,* for appellees.

Appeal No. 74-206. Wendell D. Descoteaux *v.* Joseph Bonaventura. Motion of appellant, Wendell D. Descoteaux, that case be assigned to the continuous argument list is denied as being moot. Paolino, J. not participating. *Aram K. Berberian,* for appellant. *Coia & Lepore, Ltd., Albert J. Lepore,* for appellee.

Appeal No. 74-213. Susan Surabian *v.* Allstate Insurance Company *et al.* Motion of Susan Surabian to dismiss the appeal without prejudice is granted. See *Giarrusso* v. *Corrigan,* 108 R. I. 471, 276 A.2d 750 (1971). Paolino, J. not participating. *Higgins & Slattery, Robert J. Dumouchel,* for plaintiff. *John G. Carroll, Quentin J. Geary,* for defendant Allstate Insurance Company.